UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THAD E. CARMAN, JR., Plaintiff | : | |
| vs. | : | C.A. No.: 06-507T |
| SWIFT TRANSPORTATION CO., INC., Defendant | : | |

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT UPON AN OUT OF STATE CORPORATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(e)(1) and h(1)**

Now comes the undersigned, **Richard A. Sinapi, Esquire**, in the above-cited matter, being duly sworn, and does hereby depose and say as follows:

1. That I am the attorney of record on behalf of the Plaintiff in the above-cited matter.

2. That on or about **March 2, 2007**, I caused the original of the Summons attached hereto along with the Complaint in this matter to be served by Certified Mail upon Defendant **Swift Transportation Co., Inc**., by and through its duly authorized agent for service, **C.T. Corporation System, 2394 E. Camelback Road, Phoenix, AZ 85016**, as evidenced by the attached letter dated **March 2, 2007** and Certified Mail Receipt Number **7178 0167 5990 0000 5519.**

3. That attached hereto and incorporated herein by reference is a copy of the **United States Postal Service Track & Confirm printout**, evidencing receipt of the Summons and Complaint sent certified mail, by Defendant, **Swift Transportation Co., Inc**., by and through its duly authorized agent for service, **C.T. Corporation System**, on **March 6, 2007**.

[signature]
**Richard A. Sinapi, Esquire**

Subscribed and sworn to me before me on the 19th, day of March, 2007.

[signature: Stephanie P. McConkey]
**NOTARY PUBLIC**
**Commission Expires:** 1-11-11 - MCE

**PLAINTIFF,**
By his attorneys,
**SINAPI, FORMISANO &COMPANY, LTD.**

**Dated: March 19, 2007**

**Richard A. Sinapi, Esq. (R.I. Bar No. 2977)**
**Sinapi, Formisano & Company, Ltd.**
**100 Midway Place, Suite 1**
**Cranston, RI 02920**
**Telephone: (401) 944-9690**
**Fax: (401) 943-9040**

SINAPI
FORMISANO
& COMPANY, LTD.

ATTORNEYS AT LAW

RICHARD A. SINAPI
V. EDWARD FORMISANO
MICHAEL D. PUSHEE ▲
STEPHANIE P. MCCONKEY ▲

*Of Counsel*
GREGORY A. MANCINI ▲

▲ also member Massachusetts Bar

RECEIPT
7178 0167 5990 0000 5519

FROM:
SINAPI FORMISANO & COMPAN
RE: RAS/THAD E. CARMEN

SEND TO:
C.T. Corporation System
Agent for Service for Swift Transp
2394 E. Camelback Road
Phoenix AZ 85016

FEES:

| | |
|---|---|
| Postage | 0.39 |
| Certified Fee | 2.401 |
| Special Restricted | |
| Receipt | 1.85 |
| TOTAL | $ 4.641 |

POSTMARK OR DATE
3-2-07

March 2, 2007

**CERTIFIED MAIL**
C.T. Corporation System
Agent for Service for Swift Transportation Co., Inc.
2394 E. Camelback Road
Phoenix, AZ 85016

**RE:** ***Thad E. Carman, Jr. v. Swift Transportation Co., Inc.,***
**C.A. No. 06-507-T (U.S.D.C., District of Rhode Island)**

Dear Sir or Madam:

Please find enclosed the original Summons issued and a copy of the Complaint filed in the above cited matter, which are hereby served upon you by certified mail, return receipt requested as Agent for Service for ***Swift Transportation Co., Inc***, in accordance with Federal Rules of Civil Procedure 4(e)(1)[1] and h(1).

Very truly yours,

Richard A. Sinapi

RAS/ras
Enclosures
cc: Client
George P. Kostakos, Esq., Attorney for Swift Transportation Co., Inc.

[1] Rhode Island Superior Court Rule of Civil Procedure 4(f)(2) permits service of process on a corporation located outside of the state by certified mail, return receipt requested.

100 MIDWAY PLACE, SUITE 1 CRANSTON, RI 02920-5707 PH (401) 944-9690 FX: (401) 943-9040 E:SFC@SFCLAW.COM
*NEWPORT OFFICE:* 494 BROADWAY NEWPORT, RI 02840 PH: (401) 841-9696

LDA

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Thad E. Carmen, Jr.

V.

Swift Transportation Co., Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 06 507T

TO: (Name and address of Defendant)

Swift Transportation Co., Inc. by and through its [illegible] Agent For Service:
[illegible], CT Corporation System
[illegible] 2394 E Camelback Road
[illegible] Phoenix, AZ 85016

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Sinapi, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 11/22/06

(By) DEPUTY CLERK

UNITED STATES POSTAL SERVICE®

Home | Help | S

Track & Confirm FA

# Track & Confirm

## Search Results

Label/Receipt Number: **7178 0167 5990 0000 5519**
Status: **Delivered**

Your item was delivered at 10:54 AM on March 6, 2007 in PHOENIX, AZ 85016.

Track & Confirm

Enter Label/Receipt Number.

Go

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy