***Document Electronically Filed***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Thad E. Carman, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>Swift Transportation Co., Inc.,<br><br>Defendant. | Civil Action No. 1:06-cv-00507-T-LDA |

**MOTION OF SWIFT TRANSPORTATION CO. INC. FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Swift Transportation Co., Inc. ("Swift") hereby moves for an extension of time within which Defendant Swift must answer, move or otherwise respond to the Complaint filed in the referenced matter for a period of fourteen (14) days, to and including April 10, 2006. Defendant Swift states that it is authorized to represent that Plaintiff Thad E. Carman, Jr. assents to the relief requested in this Motion.

Respectfully submitted,

**SWIFT TRANSPORTATION CO. INC.**

By its attorneys,

/s/ George P. Kostakos

George P. Kostakos (6971)
Littler Mendelson, P.C.
10 Weybosset Street, Suite 404
Providence, RI 02903
(401) 454-2903 (tel.)
(401) 454-2969 (fax)
gkostakos@littler.com

Dated: March 26, 2007

**CERTIFICATE OF SERVICE**

I, George P. Kostakos, hereby certify that on this 26th day of March 2007 the foregoing **Motion of Swift Transportation Co. Inc. for Extension of Time to Move, Answer or Otherwise Respond to Complaint** was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ George P. Kostakos
George P. Kostakos