**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| THAD E. CARMAN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>SWIFT TRANSPORTATION CO., INC.,<br><br>Defendant. | Case No. CA 06-507 |

**JOINT STATEMENT OF THE PARTIES PURSUANT**
**TO FEDERAL AND LOCAL RULE 16**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16 of the United States District Court for the District of Rhode Island, the parties in the above-captioned matter submit the following Joint Statement.

I. The Parties propose that the agenda at the scheduling conference set for July 18, 2007, include the following proposed schedule:

a. Local Rule 26.2(A) Automatic Disclosures: the parties will exchange automatic disclosures on or before September 10, 2007.

b. Discovery Completed (including depositions, written discovery and motions thereunder): February 15, 2008.

c. Rule 26(a)(2)(b) Expert Disclosure by Plaintiff: January 15, 2008.

d. Rule 26(a)(2)(b) Expert Disclosure by Defendant: February 1, 2008.

e. Dispositive Motions filed by: March 15, 2008.

f. Pre-Trial Conference Date: April 2008, or after Dispositive Motions are heard.

II. Other Matters:

a. Plaintiff has submitted a written settlement proposal to the Defendant and Defendant has responded to the proposal. The parties did not resolve this matter.

b. The parties have conferred and do not, at this time, believe that this case should be referred to a Magistrate Judge for a settlement conference, or to the administrator of the Court's Alternative Dispute Resolution ("ADR") program. The parties agree that they must engage in certain discovery before further evaluating the prospect of a settlement conference or other form of ADR.

Respectfully submitted,

PLAINTIFF,

By his attorney,

/s/ Richard A. Sinapi

Richard A. Sinapi, Esq. (R.I. Bar #2977)
Sinapi, Formisano & Company, LTD.
100 Midway Place, Suite 1
Cranston, RI 02920-5707
Tel: (401) 944-9690
Fax: (401) 943-9040
Dicks@sfclaw.com

DEFENDANT,

By its attorney,

/s/ George P. Kostakos

George P. Kostakos (R.I. Bar #6971)
LITTLER MENDELSON, P.C.
10 Weybosset Street
Suite 404
Providence, RI 02903
Tel: (401) 454-2910
Fax: (617) 531-2051
gkostakos@littler.com

Dated: July 17, 2007