**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| THAD E. CARMAN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>SWIFT TRANSPORTATION CO., INC.,<br><br>Defendant. | Case No. CA 06-507 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-entitled action hereby stipulate that said action be dismissed with prejudice and without costs. All rights of appeal are hereby waived.

Respectfully submitted,

PLAINTIFF,

By his attorneys,

Richard A. Sinapi, Esq. (R.I. Bar No. 2977)
Sinapi, Formisano & Company, LTD.
100 Midway Place, Suite 1
Cranston, RI 02920-5707
Tel: (401) 944-9690
Fax: (401) 943-9040
Dicks@sfclaw.com

DEFENDANT,

By its attorneys,

George P. Kostakos (R.I. Bar. No. 6971)
Littler Mendelson, P.C.
Ten Weybosset Street
Providence, RI 02903
Tel: (401) 454-2910
Fax: (401) 454-2969
gkostakos@littler.com

February 26, 2008
Firmwide:84170046.2 024599.1056
DRAFT 1/29/08